**Order filed November 6, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00899-CV
———————

### IN RE DONNIE MINNARD, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-31207**

---

## ORDER

Relator Donnie Minnard has filed a motion to file the mandamus record under seal. Relator has not provided this court with a permanent sealing order from the trial court that complies with the requirements of Rule 76a of the Texas Rules of Civil Procedure.

Relator has until January 3, 2019 to supplement the mandamus record with a copy of a permanent sealing order of the documents in the mandamus record that complies with Rule 76a. Failure to do so will result in the denial of relator's motion to file the mandamus record under seal, unless, before that date, relator presents briefing, with citations to authority, to this court establishing a valid legal basis on which this court may maintain the documents in the mandamus record under seal without an order showing the documents have been permanently sealed in the trial court in accordance with Rule 76a.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby.